# LEE LITIGATION GROUP, PLLC

148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com


August 13, 2026

**Via ECF**
The Honorable Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Yuwono et al v. The One Group Hospitality, Inc. et al*
Case No.: 1:26-cv-03872-SHS

Dear Judge Stein:

This firm represents Plaintiffs Sandy Yuwono and Alexander Knuf ("Plaintiffs") in the above-referenced action, which asserts claims under the Fair Labor Standards Act and the New York Labor Law. We write respectfully, pursuant to Rule 1(E) of Your Honor's Individual Practices, to request that the Court (i) adjourn the Initial Pretrial Conference presently scheduled for August 20, 2026 at 10:00 a.m. (Dkt. No. 14) by thirty (30) days, to a date on or after September 21, 2026 that is convenient to the Court, and (ii) extend Defendants' time to answer or otherwise respond to the Complaint, *nunc pro tunc*, through and including September 15, 2026.

Plaintiffs filed the Complaint on May 11, 2026 (Dkt. No. 1). Defendants The One Group Hospitality, Inc., Benihana National Corp., and HRA Times Square, LLC were each served on May 13, 2026 through the New York Secretary of State, and affidavits of service were filed on June 1, 2026 (Dkt. Nos. 11–13). To date, no Defendant has formally appeared in this action or responded to the Complaint.

Since service was effected, the undersigned has been in direct communication with Defendants' general counsel. Defendants' general counsel has represented that he is not admitted to practice before this Court and that Defendants are in the process of retaining local counsel to appear on the company's behalf. Because each Defendant is a corporate entity, none may appear or defend in this action other than through licensed counsel. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993). Plaintiffs therefore respectfully submit that a brief adjournment is warranted so that Defendants' incoming counsel may appear, review the pleadings, and participate meaningfully in the initial conference and in the parties' Rule 26(f) obligations.

Plaintiffs have consented to an extension of Defendants' time to answer or respond to the Complaint to September 15, 2026. Because the original response deadline has passed, Plaintiffs respectfully request that the Court so-order this extension *nunc pro tunc*. *See* Fed. R. Civ. P. 6(b)(1)(B). Plaintiffs reserve all rights in the event Defendants fail to appear and respond by that date.

In accordance with Rule 1(E) of Your Honor's Individual Practices, Plaintiffs state as follows:

**(1)** The original date of the Initial Pretrial Conference is August 20, 2026 at 10:00 a.m. The original deadline for Defendants to answer or otherwise respond to the Complaint was June 3, 2026.

**(2)** This is the first request for an adjournment of the Initial Pretrial Conference and the first request for an extension of Defendants' time to respond to the Complaint.

**(3)** No prior requests have been made, and accordingly none has been granted or denied.

**(4)** While Defendants have not appeared in this action, Defendants' general counsel Alex Tabolsky joins in the request.

The requested adjournment does not affect any other scheduled date or deadline in this action, and accordingly no proposed Scheduling Order is submitted herewith. Should the Court prefer, Plaintiffs are prepared to submit a proposed scheduling order or a status letter in advance of the adjourned conference date.

Respectfully submitted,

*/s/ C.K. Lee*

**Defendant's time to answer or move in respond to the complaint is extended to September 15, 2026. The initial pretrial conference is adjourned to September 25, 2026, at 10:30 a.m. in Courtroom 23A.**

**Dated: New York, New York**
**August 14, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**