UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| SANDY YUWONO, and ALEXANDER KNUF, | : | 26-cv-3872 (SHS) |
| Plaintiffs, | : | ORDER |
| -against- | : | |
| THE ONE GROUP HOSPITALITY, ET AL., | : | |
| Defendants. | : | |

-----------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Defendants having filed a motion to compel individual arbitration, strike plaintiff's class and collective allegations and stay proceedings [Doc. No. 20],

IT IS HEREBY ORDERED that:

1. The initial pretrial conference previously scheduled for September 25, 2026, at 10:30 is adjourned sine die;

2. Plaintiffs' opposition is due on or before September 19, 2026, and

3. The reply is due on or before October 6, 2026.

Dated: New York, New York
September 22, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.