UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| SANDY YUWONO, and ALEXANDER KNUF, | : | 26-cv-3872 (SHS) |
| Plaintiffs, | : | |
| -against- | : | <u>ORDER</u> |
| THE ONE GROUP HOSPITALITY, ET AL., | : | |
| Defendants. | : | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On September 15, 2026, defendants moved to compel arbitration of plaintiffs' individual claims; to strike plaintiffs' class and collective allegations; and to stay this action pending arbitration of plaintiffs' individual claims. On the last date in which to respond to the motion, plaintiff failed to submit a memorandum in opposition to defendants' motion and instead merely agreed to "present any challenge as to forum . . . before JAMS in the first instance."

IT IS HEREBY ORDERED that plaintiffs have until October 9, 2026, to file any opposition to defendants' motion; defendants shall have until October 16, 2026, in which to file a reply.

Dated: New York, New York
October 1, 2026

SO ORDERED:

Sidney H. Stein

Sidney H. Stein, U.S.D.J.