UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUWONO, ET AL.,

Plaintiffs,

-v-

THE ONE GROUP HOSPITALITY, INC., ET AL.,

Defendants.

26-cv-3872 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On September 29, 2026, the day plaintiffs' opposition to defendants' motion to compel arbitration, strike plaintiffs' class and collective allegations, and stay proceedings was due, plaintiffs requested a stay of this action, including of defendants' motion. (Dkt. No. 26.) On October 1, this Court ordered plaintiffs to file any opposition on or before October 9. (Dkt. No. 28.) On October 7, two days before the opposition was due, plaintiffs again sought to stay the briefing of defendants' motion. (Dkt. No. 29.)

Plaintiffs' request to stay the briefing of defendants' pending motion is denied for the second time. Plaintiffs have until October 16, 2026 to file their opposition. Defendants have until October 23, 2026 to file their reply, if any.

Dated: New York, New York
October 8, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.